**Julius R. BRAZIL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 54424.**

Missouri Court of Appeals,
Western District.

March 31, 1998.

Susan L. Hogan, Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Ann R. Littell, Jefferson City, for Respondent.

Before EDWIN H. SMITH, P.J., and SMART and ELLIS, JJ.

**Order**

PER CURIAM.

Julius R. Brazil appeals the judgment of the circuit court denying his *pro se* and amended Rule 24.035 motions for postconviction relief after an evidentiary hearing.

Affirmed. Rule 84.16(b).

**Donald W. POINTER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 54982.**

Missouri Court of Appeals,
Western District.

March 31, 1998.

Andrew A. Schroeder, Asst. Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christi A. Ingalsbe, Atty. Gen., Kansas City, for Respondent.

Before BRECKENRIDGE, P.J., and LOWENSTEIN and SPINDEN, JJ.

**ORDER**[1]

PER CURIAM.

Donald W. Pointer appeals the circuit court's judgment denying his motion to vacate its judgment convicting him of stealing. The circuit court dismissed Pointer's motion filed pursuant to Rule 24.035 to vacate judgment on the ground that it did not meet the rule's 90–day deadline. The Supreme Court has upheld the deadline repeatedly. *Day v. State,* 770 S.W.2d 692, 695 (Mo. banc), *cert. denied,* 493 U.S. 866, 110 S.Ct. 186, 107 L.Ed.2d 141 (1989). We affirm.

**STATE of Missouri, Respondent,**

v.

**Lucio CRUZ–RIVERA, Appellant.**

**No. WD53692.**

Missouri Court of Appeals,
Western District.

March 31, 1998.

Before BRECKENRIDGE, P.J., and LOWENSTEIN and SPINDEN, JJ.

1. Entered pursuant to Rule 84.16(b).